# United States Bankruptcy Court
## __Northern__ District of __Illinois__

In re: Zukauskus Jeffrey Jerome & Deanna Mile  Case No. __11-80515__
Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ __74.75__ on or before __2-25-11__

$ __74.75__ on or before __3-25-11__

$ __74.75__ on or before __4-25-11__

$ __74.75__ on or before __5-25-11__

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ :AM/PM at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __FEB 11 2011__    BY THE COURT: _____
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

**In re:**

JEFFREY ZUKAUSKAS

DEANNA ZUKAUSKAS

Case No. 11-80515

      I certify that on February 11, 2011, I caused a copy of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served to the parties listed via the Court's electronic notification system or via First Class Mail(**) to the following:

**Jeffrey Jerome Zukauskas****
**Deanna Miles Zukauskas ****
20760 Poplar Grove Rd.
Poplar Grove, IL 61065

**Daniel Donahue**
P O Box 2903
Rockford, IL 61132-2903

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715

                                                              */s/ Mimi Kuczynski*
                                                   **Mimi Kuczynski, Courtroom Deputy**